BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC MERCANTILE BANCORP, DENIS P. KALSCHEUR, JAMES F. DEUTSCH, BRAD R. DINSMORE, MANISH DUTTA, SHANNON F. EUSEY, MICHAEL P. HOOPIS, ANNE MCCALLION, MICHELE S. MIYAKAWA, DAVID J. MUNIO, and STEPHEN P. YOST, <br><br> Defendants. | Case No. 2:21-cv-03790-CAS-MRW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br><br> JUDGE:   Hon. Christina A. Snyder <br> CTRM:    8D, 8th Floor |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure,
2  rule 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the
3  above-captioned action (the "Action") with prejudice. Defendants have filed neither an
4  answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is
5  therefore effective upon the filing of this notice.

DATED: July 28, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
           RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*

27530

- 1 -